UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL A McGARY, | No. 2:15-cv-0807 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 1, 2016, petitioner filed a notice of appeal and application for certificate of appealability. The findings and recommendations issued October 4, 2016, have not yet been considered by the district judge. Therefore, petitioner's filings are premature as no judgment has been entered in this case.

Accordingly, IT IS HEREBY ORDERED that: Petitioner's application for certificate of appealability (ECF No. 18), filed December 1, 2016, is denied without prejudice as premature.

Dated: December 9, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDG

GGH:076/mcga0807.app